B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number **10–17985**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 22, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher Morales
1560 Kensington
Algonquin, IL 60102

| | |
|---|---|
| Case Number: 10–17985<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5730 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number: 847 520–8100 | Bankruptcy Trustee (name and address):<br>Thomas E Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number: 630–510–0000 |

### Meeting of Creditors:
Date: **June 28, 2010**    Time: **11:00 AM**
Location: **100 S 3rd Street, Courtroom 140, Geneva, IL 60134**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: August 27, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM –4:30 PM | Date: April 23, 2010 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cmcmullen              Page 1 of 1                  Date Rcvd: Apr 23, 2010
Case: 10-17985                 Form ID: b9a                 Total Noticed: 26

The following entities were noticed by first class mail on Apr 25, 2010.
 db           +Christopher Morales,    1560 Kensington,    Algonquin, IL 60102-5103
 aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
 tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
15457793     +AMGNL,    7412 N. Western Ave.,    Chicago, IL 60645-1730
15457790     +Allen Reporting,    429 S Third Street,    West Dundee, IL 60118-2807
15457791     +American Eagle,    556 Randall Rd.,    South Elgin, IL 60177-3315
15457794     +Associated Allergists,    1300 Reliable Parkway,    Chicago, IL 60686-0001
15457795     +BACHOMELNS,    450 American St.,    Simi Valley, CA 93065-6285
15457799      CHLD/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
15457798     +Children's Memorial Medical Group,    75 Remittance Drive, Suite 1312,    Chicago, IL 60675-1312
15457803     +Grunyk & Associates, PC,    200 E 5th Ave,    Suite 113,    Naperville, IL 60563-3173
15457804      Kane County Treasurer,    111 South Batavia Avenue,    Geneva, IL 60134-4025
15457807     +Melissa Morales,    466 Wesley,    Addison, IL 60101-2132
15457809     +Michael E Ryan, PC Attorney at Law,    4680 W Main Street,    West Dundee, IL 60118-9414
15457810     +Ruth Morales,    124 Summitt Drive,    Gilberts, IL 60136-4037
15457812    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790179,    Saint Louis, MO 63179-0179)
15457811     +US Bank,    425 Walnut St.,    Cincinnati, OH 45202-3989
15457814     +Willoughby Farm Master Assn,    5999 S New Wilke Road,    Suite 108,
                Rolling Meadows, IL 60008-4501
15457800     +deLacey Family Education Center,    50 Cleveland Ave,    Carpentersville, IL 60110-3007

The following entities were noticed by electronic transmission on Apr 23, 2010.
 tr           +EDI: QTESPRINGER.COM Apr 23 2010 18:28:00      Thomas E Springer,
                Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,    Suite 330,
                Wheaton, IL 60187-4547
15457792     +EDI: AMEREXPR.COM Apr 23 2010 18:28:00      AMEX,    PO Box 981537,    El Paso, TX 79998-1537
15457796     +EDI: CHASE.COM Apr 23 2010 18:28:00      Chase,    201 N. Walnut St/ DE1-1027,
                Wilmington, DE 19801-2920
15457801      EDI: DISCOVER.COM Apr 23 2010 18:28:00      Discover CD,    PO Box 15316 Attn: CMS,
                Wilmington, DE 19850
15457802      EDI: RMSC.COM Apr 23 2010 18:28:00      Gemb/Emphs,    PO Box 981439,    El Paso, TX 79998-1439
15457805      EDI: CBSKOHLS.COM Apr 23 2010 18:28:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
15457806      EDI: CBSKOHLS.COM Apr 23 2010 18:28:00      Kohl/Chase,    N56 W1700 Ridgewood Drive,
                Menomonee Falls, WI 53051
15457812      EDI: USBANKARS.COM Apr 23 2010 18:28:00      US Bank,    PO Box 790179,
                Saint Louis, MO 63179-0179
15457811     +EDI: USBANKARS.COM Apr 23 2010 18:28:00      US Bank,    425 Walnut St.,
                Cincinnati, OH 45202-3989
15457813     +EDI: WFFC.COM Apr 23 2010 18:33:00      Wells Fargo,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7200
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15457808      Melissa Morales
15457797*    +Chase,   201 N. Walnut St DE1-1027,    Wilmington, DE 19801-2920
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**          **Signature:** *Joseph Speetjens*